IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Patricia N., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20 C 50388 |
| | ) | |
| v. | ) | Hon. Philip G. Reinhard |
| | ) | |
| Martin O'Malley, | ) | Magistrate Judge Margaret J. Schneider |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

    This matter comes before the court on the January 3, 2024 Report and Recommendation ("R&R") [31] of Magistrate Judge Schneider recommending that plaintiff's motion for summary judgment [19] be denied and the Commissioner's motion for summary judgment [22] be granted. The court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. *See* Fed. R. Civ. P. 72(b)(3). The court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). In this case, any objections were required to be filed by January 17, 2024. No objections have been received by this court. The court has reviewed the record in this case and finds that the R&R is not clearly erroneous. Accordingly, the court adopts in its entirety Magistrate Judge Schneider's R&R and denies plaintiff's motion for summary judgment and grants the Commissioner's motion for summary judgment. The Clerk is directed to enter final judgment.

Date: 1/31/2024                                                        ENTER:

                                                                                *Philip G. Reinhard*
                                                                     United States District Court Judge

                                                                                                   Electronic Notices.